DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kimberly Margaret Jimenez, <br><br> Plaintiff, <br><br> vs. <br><br> Kilolo Kijakazi, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 1:20-cv-01808-DAD-GSA <br><br> STIPULATION AND \|PROPOSED\| ORDER FOR EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 45-day extension of time, from August 29, 2022 to October 13, 2022, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's second request for an extension of time.  Counsel for the Plaintiff is again out of State attending to an emergency with her ill father. (see

1

attached declaration). Additional time will be needed in light of limited access to her computer and the recent assignment of this matter to undersigned Counsel.

In addition, Counsel has five merit briefs due the week of August 22, 2022 along with EAJA negotiations, and reply briefs.

Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: August 18, 2022        PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Dolly M. Trompeter*
    DOLLY M. TROMPETER
    Attorneys for Plaintiff

Dated: August 18, 2022        PHILLIP A. TALBERT
                              United States Attorney
                              PETER K. THOMPSON
                              Acting Regional Chief Counsel, Region IX
                              Social Security Administration

By:  **/s/ Caspar Chan*
    Caspar Chan
    Special Assistant United States Attorney
    Attorneys for Defendant
    (*As authorized by email on August 18, 2022)

# **ORDER**

Pursuant to stipulation,

IT IS SO ORDERED.

   Dated:   **August 18, 2022**                **/s/ Gary S. Austin**
                                                         UNITED STATES MAGISTRATE JUDGE