UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY MARGARET JIMENEZ,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, acting Commissioner of Social Security,<br><br>Defendant. | No.  1:20-cv-01808-ADA-GSA<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DIRECTING ENTRY OF JUDGMENT IN FAVOR OF DEFENDANT COMMISSIONER OF SOCIAL SECURITY AND AGAINST PLAINTIFF<br><br>(ECF Nos. 21, 24) |

Plaintiff Kimberly Margaret Jimenez initiated this action seeking judicial review of a final decision of the Commissioner of Social Security denying Plaintiff's application for supplemental security income pursuant to Title XVI of the Social Security Act. (ECF No. 1.)  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(15).

The assigned Magistrate Judge entered findings and recommendations, recommending entry of judgment in favor of Defendant, against Plaintiff, affirming the final decision of the Commissioner of Social Security. (ECF No. 24.)  The findings and recommendations advised that objections were due within fourteen days after service. (*Id*. at 1, 20.)  To date, no objections have been filed and the time to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and *Britt v. Simi Valley United School Dist*., 708 F.2d 452, 454 (9th Cir. 1983), this Court conducted a de novo review of

the case.  Having carefully reviewed the matter, the Court finds the findings and recommendations to be supported by the record and proper analysis.

     Accordingly,

1. The Findings and Recommendations filed on September 8, 2023, (ECF No. 24), are ADOPTED in FULL;
2. Plaintiff's Motion for Summary Judgement, (ECF No. 21), is DENIED;
3. The Commissioner's decision is AFFIRMED; and
4. The Clerk of Court is DIRECTED to enter judgment in favor of Defendant Kilolo Kijakazi, acting Commissioner of Social Security, and against Plaintiff Kimberly Margaret Jimenez and to CLOSE this case.

IT IS SO ORDERED.

Dated:   October 18, 2023

                                  UNITED STATES DISTRICT JUDGE